## CENTRAL TRANSPORT INTER-NATIONAL, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

No. 05–5050.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2006.

Before RADER, BRYSON, and GAJARSA, Circuit Judges.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## Felton L. MATTHEWS, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

No. 05–5137.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2006.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.